UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAARLA HILLS | * |
| | * |
|     Plaintiff | * |
| VERSUS | * CIVIL ACTION NO. 2:19-cv-00005-SSV-JCW |
| | * |
| | * |
| TANGIPAHOA PARISH SCHOOL SYSTEM | * |
| | * |
| | * |
|     Defendant | * |

********************************************************************************

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, the Tangipahoa Parish School System, which, in compliance with this Honorable Court's May 9, 2019 Scheduling Order, respectfully submits the following list of witnesses whom defendant may call to testify at the trial on the merits of this matter:

a.     Hugh V. Wallace, III
       Former Principal at O.W. Dillion Elementary School
       1459 Service Rd.
       Kentwood, LA 70444

b.     Rebecca Birkett
       O.W. Dillion Elementary School
       1459 Service Rd.
       Kentwood, LA 70444

c.     Henrietta Vernon
       O.W. Dillion Elementary School
       1459 Service Rd.
       Kentwood, LA 70444

d.     Sandra Turner
       O.W. Dillion Elementary School
       1459 Service Rd.
       Kentwood, LA 70444

e.     Andre M. Harris
       O.W. Dillion Elementary School
       1459 Service Rd.
       Kentwood, LA 70444

f.  Andre Cryer
    O.W. Dillion Elementary School
    1459 Service Rd.
    Kentwood, LA 70444

g.  Stephen Shephard
    O.W. Dillion Elementary School
    1459 Service Rd.
    Kentwood, LA 70444

h.  Mario Cryer
    O.W. Dillion Elementary School
    1459 Service Rd.
    Kentwood, LA 70444

i.  Patrice Warford
    O.W. Dillion Elementary School
    1459 Service Rd.
    Kentwood, LA 70444

j.  Ron Genco
    Tangipahoa Parish School System
    59656 Puleston Road
    Amite, LA 70422

k.  Rosa Dupuy
    Payroll Coordinator
    Tangipahoa Parish School System
    59656 Puleston Road
    Amite, LA 70422

l.  [Depending upon how the Court rules on defendant's pending motion for partial summary judgment (Doc. 14), in addition to the previously identified individuals defendant may also call to testify at the trial of this matter]

    Dr. Harold M. Ginzburg
    2955 Ridgelake Drive, Suite 101
    Metairie, Louisiana 70002

    and/or another psychiatric/psychological
    expert who may be retained to perform
    an independent psychatric/psychological
    examination/evaluation of plaintiff
    Kaarla Hills

m.  Any and all witnesses listed and/or call by any other party.

Defendant specifically reserves the right to supplement and/or amend this witness list upon proper notice to the Court and to opposing counsel.

Respectfully submitted,

**MOODY LAW FIRM**

*/S/ Christopher Moody*
Christopher Moody, Bar Roll No. 9594
Albert D. Giraud, Bar Roll No. 18911
1250 Southwest Railroad Avenue, Suite 170
Hammond, Louisiana 70403
Ph.:    (985) 542-1351
Fax:    (985) 542-1354

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile, by email, or by placing same in the U.S. Mail, postage prepaid. Hammond, Louisiana, this 18th day of February, 2020.

*/S/ Christopher Moody*
Christopher Moody